UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| KEVIN C. CRAMER, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No. 2:13-cv-0348-JMS-MJD |
| ) | |
| STANLEY KNIGHT, ) | |
| ) | |
| Respondent. ) | |

**Entry Directing Further Proceedings**

**I.**

The petitioner shall have **twenty (20) days** from the date of issuance of this Entry in which to either pay the $5.00 filing fee to the clerk of the court or demonstrate his financial inability to do so.

**II.**

The petitioner seeks habeas corpus relief with respect to two prison disciplinary proceedings. Each disciplinary proceeding challenged has the status of a separate "court" proceeding. The proceedings must be challenged separately. This is the consequence of Rule 2(d) of the *Rules Governing Section 2254 Cases in the United States District Courts. See Boriboune v. Berge,* 391 F.3d 852, 854 (7th Cir. 2004) ("each petition must be directed to a single criminal judgment").

At present, therefore, there is one habeas action matched with two disciplinary proceedings. The ratio must be one to one. This action, No. 2:13-cv-0348-JMS-MJD, will proceed as to the challenge to the disciplinary hearing identified as REF 13-03-0032, for which petitioner was charged with unauthorized possession, destruction, or alteration, on March 21, 2013.

If the petitioner wishes to pursue his challenge to the disciplinary proceeding for case number ISF 13-03-0364, he may file a separate and additional petition for writ of habeas corpus.

### III.

The petitioner=s custodian is directed to answer the allegations of the petitioner=s petition for a writ of habeas corpus, **but only with respect to the challenge to REF 13-03-0032**, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted. This shall be done within **twenty (20) days** after the date this Entry is signed. The petitioner shall have twenty (20) days after service of such answer or return to order to show cause on him in which to reply.

A copy of this Entry and Order to Show Cause shall be sent to the Indiana Attorney General through a Notice of Electronic Filing ("NEF") generated by the court's CM/ECF case management system. The Indiana Attorney General has previously been provided with a copy of the habeas petition itself.

### IV.

**The clerk shall include** a copy of the petition filed on September 24, 2013 (docket 1), and the attachments thereto with the petitioner's copy of this Entry.

**IT IS SO ORDERED.**

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Date: 10/08/2013

Distribution:

Kevin C. Cramer, No. 102209, Putnamville Correctional Facility, Inmate Mail/Parcels, 1946 West U.S. 40, Greencastle, IN 46135-9275

habeas@atg.in.gov

NOTE TO CLERK:  PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.